IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:20cr40-MHT |
| | ) | (WO) |
| AARON CHRISTOPHER NORTH | ) | |

ORDER

During sentencing on November 12, 2020, the court ordered that, as a condition of defendant Aaron Christopher North's release pending his voluntary surrender, he undergo a full mental-health assessment. The Federal Defender's Office was to arrange the assessment within 30 days of the imposition of the sentence and file the report of the assessment with the court. As more than 30 days have passed since the imposition of the sentence and no report has yet been filed, it is ORDERED that, by 12:00 p.m. on January 4, 2021, defense counsel is to file a statement explaining why the mental-health report has not yet been filed with the court.

DONE, this the 23rd day of December, 2020.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE