IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )    CRIMINAL ACTION NO.
     v.                       )       2:20cr40-MHT
                              )           (WO)
AARON CHRISTOPHER NORTH       )
```

MENTAL-HEALTH AND DRUG-TREATMENT ORDER

In the sentence imposed on November 12, 2020, the court imposed several special conditions for defendant Aaron Christopher North's supervised release.  *See* Judgment (doc. no. 44) at 5.  These conditions were to apply both before his voluntary surrender and after his release from incarceration.  In light of the two forensic assessments performed since that time, and based on the representations made on the record during the status conference on January 12, 2021, it is ORDERED that the special conditions of supervised release are to add the following conditions:

(1) Pending his voluntary surrender on February 1, 2021, defendant Aaron Christopher North shall participate in Alcoholics Anonymous or another similar substance abuse treatment program.

(2) Upon his release on approximately August 1, 2021, defendant North shall participate in intensive substance-abuse treatment for six months.

(3) By July 16, 2021, the U.S. Probation Office and the Federal Defender Service shall jointly file a proposal laying out a plan for defendant North's intensive-substance abuse treatment.

The parties are reminded that the court also required that the Probation Office arrange for defendant North to receive mental-health counseling at least twice a month. *See* Judgment (doc. no. 44) at 5.

DONE, this the 13th day of January, 2021.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**