IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:20cr40-MHT |
| | ) | (WO) |
| AARON CHRISTOPHER NORTH | ) | |

ORDER

The government having indicated that it has no objection to the motion, it is ORDERED that:

(1) Defendant Aaron Christopher North's motion to delay reporting (doc. no. 55) is granted.

(2) Defendant North shall surrender for service of sentence at the institution designated by the Bureau of Prisons before 2 p.m. on March 1, 2021.

DONE, this the 26th day of January, 2021.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE