**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **CRIMINAL ACTION NO.** |
| **v.** ) | **2:20cr40-MHT** |
| ) | **(WO)** |
| **AARON CHRISTOPHER NORTH** ) | |

**ORDER**

As the court previously delayed defendant Aaron Christopher North's reporting date by 30 days, it is ORDERED that the deadline in the court's January 13, 2021 mental-health and drug treatment order (Doc. 54) for the U.S. Probation Office and the Federal Defender Service to jointly file a proposal laying out a plan for defendant North's post-incarceration intensive-substance abuse treatment, currently set for July 16, 2021, is reset to August 16, 2021.

DONE, this the 3rd day of August, 2021.

                                                              **/s/ Myron H. Thompson**
                                                    **UNITED STATES DISTRICT JUDGE**