IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )     CRIMINAL ACTION NO.
     v.                     )         2:20cr40-MHT
                            )             (WO)
AARON CHRISTOPHER NORTH     )
```

## ORDER

Based on the representations made on the record on October 20, 2021, regarding the response (Doc. 62) to the court's August 3, 2021, order (Doc. 57), it is ORDERED that the conditions of supervision are modified as follows:

(1) Probation shall arrange for defendant Aaron Christopher North to enroll in, and defendant North shall successfully complete, the outpatient substance-abuse program at the East Central Mental Health Center in Troy, Alabama. He shall receive counseling as frequently as the East Central Mental Health Center determines he needs such.

(2) Defendant North is still prohibited from using both alcohol and illegal drugs, and Probation shall continue to test him for both. Probation is to notify

the court, within 5 business days, whether it has the capability to monitor defendant North on a daily, remote basis for alcohol.

(3) Defense counsel is to report to the court, by November 8, 2021, what progress defendant North has made in having his driver's license reinstated.

(4) The court will not order counseling for treatment of any mental-health conditions other than substance abuse at this time. However, if the East Central Mental Health Center determines that defendant North needs such counseling, he shall successfully complete such counseling.

It is further ORDERED that, on or before February 25, 2022, Probation shall file a report on how defendant North is performing on supervision.

DONE, this the 26th day of October, 2021.

                                                 /s/ Myron H. Thompson
                                           UNITED STATES DISTRICT JUDGE